UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

STRIKE 3 HOLDINGS, LLC,

    Plaintiff,

Case No. 21-cv-12341
Hon. Matthew F. Leitman

v.

JOHN DOE subscriber assigned
IP Address 68.41.249.135,

    Defendant.
_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal Without Prejudice by Plaintiff, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  January 11, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 11, 2022, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764